# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**PAUL FITZWATER**                                                                                    **PLAINTIFF**

**V.**            **CASE NO.: 3:12CV00091-BD**

**CAROLYN W. COLVIN, Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## ORDER

Plaintiff Paul Fitzwater has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  (Docket entry #17)  In his motion, Mr. Fitzwater requests fees and expenses in the amount of $3,191.90.  The Commissioner does not object to the amount requested.  (#19)  Accordingly, Mr. Fitzwater's motion (#17) is GRANTED, and he is awarded $3,191.90 in fees and expenses, subject to offset if he has outstanding federal debts.

DATED this 6th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE